UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Ousbea T. Barrow,

      Plaintiff,

v.

Inter-Con Security Systems, Inc.,

      Defendant.

2:20-cv-09703-VAP-ASx

**JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order Granting Defendant's Motion to Dismiss, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:   3/30/21

                                                      Virginia A. Phillips
                                                  United States District Judge